UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| COLSON & COLSON GENERAL CONTRACTOR INC. | § § § | |
| v. | § § § | |
| FROSTY'S DECKS & RAILS, INC. | § | CIVIL CASE NO. 4:20-CV-562 |
| v. | § § § | |
| HESI ENTERPRISES, LLC, ET AL. | § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 22, 2021, the Report of the Magistrate Judge, (Dkt. #76), was entered containing proposed findings of fact and recommendations that Defendant Frosty's Decks & Rails, Inc.'s Motion for Partial Default Judgment Against Cleveland's Roofing, LLC, (Dkt. #50), be denied. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Frosty's Decks & Rails, Inc.'s Motion for Partial Default Judgment Against Cleveland's Roofing, LLC, (Dkt. #50), is **DENIED**.

So ORDERED and SIGNED this 15th day of February, 2022.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE