UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| COLSON & COLSON GENERAL CONTRACTOR INC. | § § § |
| v. | § § § |
| FROSTY'S DECKS & RAILS, INC. | §  CIVIL CASE NO. 4:20-CV-562 |
| v. | § § § |
| HESI ENTERPRISES, LLC, ET AL. | § § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 14, 2022, the Report of the Magistrate Judge, (Dkt. #78), was entered containing proposed findings of fact and recommendation that Third-Party Defendant Quality Framing RSR Construction, LLC's Motion to Dismiss (Dkt. #52), be denied. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Quality Framing RSR Construction, LLC's Motion to Dismiss, (Dkt. #52), is **DENIED**.

So ORDERED and SIGNED this 15th day of February, 2022.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE